UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARKADIY RUBEZHOV,

    Plaintiff,

  v.

WYETH,

    Defendants.

08-CIV-6320 (SCR) (GAY)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Arkadiy Rubezhov ("Rubezhov") and Defendant Wyeth ("Wyeth"), by their undersigned attorneys, that the time for Wyeth to answer, move, or otherwise respond to the Complaint filed by Rubezhov is extended from August 25, 2008, to and including September 15, 2008.

Dated: August 14, 2008

| ORRICK, HERRINGTON & SUTCLIFFE LLP | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. |
|---|---|
| By: *[signature]* <br> James H. McQuade <br> Kristina C. Hammond <br> 666 Fifth Avenue <br> New York, New York 10103 <br> 212-506-5000 | By: *[signature]* <br> Gary S. Graifman <br> 747 Chestnut Ridge Road, Suite 200 <br> Chestnut Ridge, New York 10977 <br> 845-356-2570 |
| Attorneys for Defendant | Attorneys for Plaintiff |

SO ORDERED:

*[signature]*
U.S.D.J.
8/21/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```