AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ARKADIY RUBEZHOV

**SUMMONS IN A CIVIL ACTION**

V.

WYETH

CASE NUMBER:

**08 CIV. 6320**

**JUDGE ROBINSON**

TO: (Name and address of Defendant)

WYETH
Legal Department
401 N. Middletown Road
Pearl River, New York 10965

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary S. Graifman
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 1 4 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | **JOHN OBIE** |
| TITLE: | **PROCESS SERVER**   DATE: **08/05/2008  02:50PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

WYETH _____

Place where served:

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JEAN CALDWELL _____

Relationship to defendant: MANAGING AGENT _____

Description of person accepting service:

SEX: F__ AGE: 21-35__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__ SKIN: BLACK__ HAIR: BLACK__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _8_/_5_/20_08_    _____ L.S.
SIGNATURE OF JOHN OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | GARY S. GRAIFMAN, ESQ |
| PLAINTIFF: | ARKADIY RUBEZHOV |
| DEFENDANT: | WYETH |
| VENUE: | NYDISTRICT |
| DOCKET: | 08 CV 6320 |

ROSEMARY RAMOS 8/5/8
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.